No. 00–5611.   RICHARDSON v. STALDER ET AL.   C. A. 5th Cir. Certiorari denied.

No. 00–5612.   RODRIGUEZ v. IRVIN, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 00–5629.   PATTERSON v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 00–5632.   HOFFMAN v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 00–5635.   HUGHEY v. SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 00–5636.   HARRIS v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 00–5640.   SMITH v. SIKES, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 00–5643.   FELS v. IRETON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 00–5647.   FREEMAN v. PAGE, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 00–5649.   RETZLAFF v. TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES.   Ct. App. Tex., 3d Dist.   Certiorari denied.

No. 00–5658.   GODDARD v. KENTUCKY DEPARTMENT OF CORRECTIONS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 00–5659.   ELLIOTT v. BRIGANO, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 00–5660.   GREEN v. SUTHERS, DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–5662.   GLAZE v. SANDERS, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.